FILED IN OPEN COURT

1-5-2022

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

BRENT BROWN

Case No. 3:22-cr- 1 - BJD - JBT
26 U.S.C. § 7202

SDFL Case: 22-mj-6012-AOV

## INDICTMENT

The Grand Jury charges:

### COUNTS ONE THROUGH SEVENTEEN

A. Introduction

At all times material to this Indictment:

1. Latitude 360, Inc. (hereinafter "Latitude 360") was a corporation doing business in Jacksonville, Florida, within the Middle District of Florida. Latitude 360 was incorporated by the defendant in or about January 2014. Under the umbrella of Latitude 360, the defendant operated the subsidiaries Latitude 360 Jacksonville LLC (hereinafter "L360 Jacksonville"), Latitude 360 Indianapolis LLC (hereinafter, "L360 Indianapolis), Latitude 360 Pittsburgh LLC (hereinafter, "L360 Pittsburgh"), and Latitude 360 Albany LLC (hereinafter, "L360 Albany"), referred to collectively as the "Latitude Subsidiaries."

2. The defendant exercised control over the business affairs of Latitude 360 and the Latitude Subsidiaries, including the exclusive authority to determine the use of funds controlled by Latitude 360 and the Latitude Subsidiaries.

3.  The Latitude Subsidiaries withheld taxes from employees' wages, including federal income taxes and Federal Insurance Contributions Act ("FICA") taxes (hereinafter "payroll taxes").

4.  Latitude 360 and the Latitude Subsidiaries were required to make deposits of the payroll taxes to the Internal Revenue Service on a periodic basis and were required to file, following the end of each calendar quarter, an Employer's Quarterly Federal Income Tax Return (Form 941) setting forth the total amount of wages and other compensation subject to withholding, the total amount of income tax withheld, the total amount of FICA taxes due, and the total tax deposits.

5.  The defendant was a "responsible person," that is, he had the corporate responsibility to collect and pay over payroll taxes on behalf of Latitude 360 and the Latitude Subsidiaries.

6.  The defendant caused each of the Latitude Subsidiaries to file an Employer's Quarterly Federal Income Tax Return (Form 941) for each quarter accurately reflecting the payroll taxes due for the quarter but the defendant failed to pay over and caused each of the Latitude Subsidiaries to fail to pay over the full payroll taxes due as reflected in the tax returns.

### B. Charges

7.  On or about the dates set forth below, in Duval County, in the Middle District of Florida, the defendant,

BRENT BROWN,

willfully failed to pay over to the Internal Revenue Service federal income taxes and FICA taxes deducted and collected from the wages of the employees of the Latitude Subsidiaries during the quarters set forth below, which taxes were due and owing to the United States of America in the approximate amounts set forth below, as follows:

| Count | Entity | Quarter Ending | Tax Payment Due | Amount Due |
|---|---|---|---|---|
| ONE | L360 Jacksonville | March 31, 2015 | April 30, 2015 | $74,903 |
| TWO | L360 Indianapolis | March 31, 2015 | April 30, 2015 | $49,448 |
| THREE | L360 Pittsburgh | March 31, 2015 | April 30, 2015 | $62,056 |
| FOUR | L360 Albany | March 31, 2015 | April 30, 2015 | $3512 |
| FIVE | L360 Jacksonville | June 30, 2015 | July 31, 2015 | $173,288 |
| SIX | L360 Indianapolis | June 30, 2015 | July 31, 2015 | $113,171 |
| SEVEN | L360 Pittsburgh | June 30, 2015 | July 31, 2015 | $130,267 |
| EIGHT | L360 Albany | June 30, 2015 | July 31, 2015 | $9097 |
| NINE | L360 Jacksonville | September 30, 2015 | October 31, 2015 | $80,253 |
| TEN | L360 Indianapolis | September 30, 2015 | October 31, 2015 | $43,725 |
| ELEVEN | L360 Pittsburgh | September 30, 2015 | October 31, 2015 | $47,409 |
| TWELVE | L360 Albany | September 30, 2015 | October 31, 2015 | $5609 |

| Count | Entity | Quarter Ending | Tax Payment Due | Amount Due |
|---|---|---|---|---|
| THIRTEEN | L360 Jacksonville | December 31, 2015 | January 31, 2016 | $146,819 |
| FOURTEEN | L360 Indianapolis | December 31, 2015 | January 31, 2016 | $89,872 |
| FIFTEEN | L360 Pittsburgh | December 31, 2015 | January 31, 2016 | $115,417 |
| SIXTEEN | L360 Albany | December 31, 2015 | January 31, 2016 | $209 |
| SEVENTEEN | L360 Pittsburgh | March 31, 2016 | April 30, 2016 | $30,122 |

All in violation of 26 U.S.C. § 7202.

A TRUE BILL,

*[signature]*
Foreperson

ROGER B. HANDBERG
United States Attorney

By: *[signature]*
LAURA COFER TAYLOR
Assistant United States Attorney

By: *[signature]*
KELLY S. KARASE
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
1/3/22 Revised

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

BRENT BROWN

INDICTMENT

Violations: 26 U.S.C. § 7202

A true bill,

_____
Foreperson

Filed in open court this 5th day
of January, 2022.

_____
Clerk

Bail $ _____

GPO 863 525

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 33:22-cr-1-BJD-JBT, M.D.Fla

### BOND RECOMMENDATION

DEFENDANT: BRENT BROWN

$250k unsecured, financial restrictions WRT current busin
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: JODI ANTON

Last Known Address: 420 NE 7th Ave

Ft. Lauderdale, FL 33301

What Facility: _____

Agent(s): IRS-CI Jeffrey Brown
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)